IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-21109
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALDO MUNOZ-VALLEJO,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-95-220-ALL
- - - - - - - - - -
June 25, 1996

Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Donaldo Munoz-Vallejo has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967), and we have independently reviewed the brief and record and found no nonfrivolous issue. Accordingly, the Federal Public Defender is excused from further responsibilities herein, and the APPEAL IS DISMISSED. <u>See</u> 5th

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Cir. R. 42.2.  The motion to substitute counsel on appeal is

DENIED.